

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00807-CR

Marlo Edmundo **MUJICA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR2756
Honorable Mary D. Román, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED February 11, 2015.

*Sandee Bryan Marion*

Sandee Bryan Marion, Chief Justice